UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-13-FL-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| D'QUEL NAJAE WASHINGTON | |

On motion of the Defendant, D'Quel Najae Washington, and for good cause shown, it is hereby ORDERED that the **[DE 74]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  4th   day of May  , 2015.

_____
Louise Wood Flanagan
United States District Judge