UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-13-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>D'QUEL NAJAE WASHINGTON | ORDER TO SEAL |

On motion of the Defendant, D'Quel Najae Washington, and for good cause shown, it is hereby ORDERED that the **[DE 76]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  4th   day of  May  , 2015.

_____
Louise Wood Flanagan
United States District Judge