IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-13-FL-1

| | | |
|---|---|---|
| D'QUEL NAJAE WASHINGTON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motion (DE 96) for reduction in sentence, in accordance with <u>Johnson v. United States</u>, 135 S.Ct. 2551 (2015), which after notice pursuant to <u>Castro v. United States</u>, 540 U.S. 375 (2003), the court recharacterizes as a motion to vacate, set aside, or correct, sentence under 28 U.S.C. § 2255. The court DIRECTS the clerk to docket defendant's motion (DE 96) as a § 2255 motion. Although petitioner asserts a claim under <u>Johnson</u>, petitioner's § 2255 motion does not substantially follow the form appended to the Rules Governing § 2255 Proceedings and is therefore not in compliance with Rule 2(c) of the Rules Governing § 2255 Proceedings and Local Civil Rule 81.2 of this court.

Accordingly, the court DIRECTS the clerk to send a copy of the appropriate form to petitioner. **Petitioner is DIRECTED to complete the form in its entirety, sign it under penalty of perjury, and submit it to the court by December 21, 2016, at the following address:**

Clerk of Court
United States District Court, E.D.N.C.
413 Middle St.
New Bern, NC 28560
ATTN: Prisoner Case Manager

**Failure to so return the form may result in the dismissal of this § 2255 action or the striking of the motion.** In the event the § 2255 motion is filed in correct form, the court will undertake initial review of the § 2255 motion, pursuant to Rule 4 of the Federal Rules Governing § 2255 Proceedings.

SO ORDERED, this the 29th day of November, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge

2